```
                              United States Bankruptcy Court
                              Middle District of Pennsylvania
In re:                                                         Case No. 16-03249-RNO
Richard Seeram                                                 Chapter 7
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0314-5       User: CKovach         Page 1 of 1     Date Rcvd: Aug 08, 2016
                           Form ID: nttterej     Total Noticed: 18
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2016.
```
db            +Richard Seeram,   387 North Courtland Street,   East Stroudsburg, PA 18301-1961
4819797       +Apex Asset,   2501 Oregon Pike,   Lancaster, PA 17601-4890
4819799      ++CAPITAL ONE,    PO BOX 30285,   SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr,   Richmond, VA 23238)
4819800       +CFM Group,   2110 Powers Ferry,   Atlanta, GA 30339-5048
4819798       +Capital One,   PO Box 30285,   Salt Lake City, UT 84130-0285
4819802       +Fannie Mae,   14221 Dallas Parkway,   Suite 1000,   Dallas, TX 75254-2946
4819803        First Premier,   601 S Minneapolis Ave,   Sioux Falls, SD 57104
4819804       +Fst Premier,   3820 N Louise Ave,   Sioux Falls, SD 57107-0145
4819806       +KML Law Group PC,   BNY Independence CTR STE 5000,   701 Markey Street,
                Philadelphia, PA 19106-1538
4819807        Monroe County Sheriff's Office,   7th & Monroe Streets,   Stroudsburg, PA 18360
4819808       +NEPA Community FCU,   337 Clay Ave,   Stroudsburg, PA 18360-1288
4819809       +Nora C. Viggiano,Esq.,   BNY Independence CTR STE 5000,   701 Market Street,
                Philadelphia, PA 19106-1538
4819810        PA Department of Revenue,   Bureau of Compliance,   PO Box 280948,   Harrisburg, PA 17128-0948
4819812       +Penn Credit,   916 S 14th St,   Harrisburg, PA 17104-3425
4819811       +Penn Credit,   Attn:Bankruptcy,   PO Box 988,   Harrisburg, PA 17108-0988
4819814       +The Affiliated Group I,   Po Box 7739,   Rochester, MN 55903-7739
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
4819801       +E-mail/Text: bknotice@erccollections.com Aug 08 2016 19:04:40     ERC/Enhanced Recovery Corp,
                8014 Bayberry Rd,   Jacksonville, FL 32256-7412
4819805        E-mail/Text: cio.bncmail@irs.gov Aug 08 2016 19:04:30     Internal Revenue Service,
                PO Box 7346,   Philadelphia, PA 19101-7346
                                                                                             TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
4819813       ##+The Affiliated Group I,   3055 41st St Nw  Ste 100,   Rochester, MN 55901-9013
                                                                              TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2016 at the address(es) listed below:
```
              John J Martin (Trustee)    pa36@ecfcbis.com,   trusteemartin@martin-law.net
              Kim M Diddio    on behalf of Debtor Richard   Seeram kdiddio@diddiolaw.com,   kdiddio@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,   wschwab@ecf.epiqsystems.com
                                                                                             TOTAL: 4
```

ntttterej(09/14)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | | |
|---|---|---|
| Richard Seeram<br>Debtor(s) | Chapter | 7 |
| | Case No. | 5:16−bk−03249−RNO |

## Notice

You may have previously received a Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines in the case noted above. Please disregard the previously received notice due to the Appointed Trustee having rejected the appointment to the case.

William G Schwab (Trustee) has been appointed as the successor Trustee and a new Notice of Chapter 7 Bankruptcy Case, Meeting of Creditors and Deadlines is attached hereto.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>U.S. Bankruptcy Court<br>274 Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Clerk of the Bankruptcy Court:<br>Terrence S. Miller<br>By: CKovach |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: August 8, 2016 |