```
                         United States Bankruptcy Court
                         Middle District of Pennsylvania
In re:                                                         Case No. 16-03249-RNO
Richard Seeram                                                 Chapter 7
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0314-5        User: CKovach         Page 1 of 1         Date Rcvd: Aug 08, 2016
                            Form ID: oraprins     Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2016.
db           +Richard Seeram,    387 North Courtland Street,    East Stroudsburg, PA 18301-1961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2016                                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 8, 2016 at the address(es) listed below:
              John J Martin    (Trustee)    pa36@ecfcbis.com, trusteemartin@martin-law.net
              Kim M Diddio    on behalf of Debtor Richard  Seeram kdiddio@diddiolaw.com, kdiddio@gmail.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab    (Trustee)    schwab@uslawcenter.com, wschwab@ecf.epiqsystems.com
                                                                                              TOTAL: 4

oraprins(04/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

Richard Seeram                              Chapter 7

                                                                                         Case number 5:16–bk–03249–RNO

**Debtor(s)**

### Order Approving Payment of Filing Fee in Installments

**IT IS HEREBY ORDERED** that the Debtor(s) shall be required to pay the filing fee inclusive of the miscellaneous administrative fee and trustee fee surcharge in the total amount of **$ 335.00** in installments on the terms proposed in the application. The final payment must be made on or before **December 3, 2016** and before the entry of any Discharge Order, unless the Court extends the time to 180 days from the filing of the petition. Failure to either pay the fees on or before **December 3, 2016** or to file an objection on or before **December 10, 2016** will result in dismissal of the case without further notice. If a timely objection is filed, a hearing will be held.

**IT IS FURTHER ORDERED** that until the fees are paid in full, the Debtor(s) shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

Debtor(s): Please submit payment in Cash or a Money Order to:

    **Address of the Bankruptcy Clerk's Office:**
    U.S. Bankruptcy Court
    274 Max Rosenn U.S. Courthouse
    197 South Main Street
    Wilkes–Barre, PA 18701
    (570) 831–2500

Dated: August 8, 2016                                                                    By the Court,

                                                                                                         *Robert N. Opel II*

                                                                                                          Honorable Robert N. Opel
                                                                                                          United States Bankruptcy Judge
                                                                                                           By: CKovach, Deputy Clerk