IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA, WILKES BARRE DIVISION

| | |
|---|---|
| IN RE: : | Chapter: 7 |
| RICHARD SEERAM : | |
| : | |
| : | |
| : | BANKRUPTCY NO: 5:16-03249-RNO |

REQUEST OF CREDITOR PURSUANT TO BANKRUPTCY RULE 2002(g)
PROVIDING ADDRESS FOR SERVICE
OF NOTICES

To the Clerk:

1. This request is filed pursuant to Bankruptcy Rule 2002(g) for the purpose of ensuring that the creditor listed below receives all notices required to be mailed under Bankruptcy Rule 2002 at the address below.

2. The address to which all such notices should be sent and substituted for that of the creditor:

**American Express Centurion Bank**
**c/o Becket & Lee LLP**
**PO Box 3001**
**Malvern, PA 19355-0701**

By: /s/ LYNN BROWN
    Lynn Brown, Claims Administrator
    Becket & Lee LLP
    POB 3001
    Malvern, PA 19355-0701

DATE: 08/17/2016