# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Richard Seeram <br> <u>Debtor</u> | CHAPTER 7 |
| FANNIE MAE <br> <u>Movant</u> <br> vs. <br> Richard Seeram <br> <u>Debtor</u> | NO. 16-03249 RNO |
| <u>Trustee</u> | Nature of Proceeding: Motion for Relief |

**REQUEST TO CONTINUE HEARING WITH CONCURRENCE**

This request must be filed at least twenty-four (24) hours prior to the hearing. All requests must be approved by the court. Submitting a request is not an automatic continuance.

The undersigned hereby requests a continuance with the concurrence of the opposing party (parties). This is a first request for a continuance.

Reason for the continuance; both parties are attempting settlement.

Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: October 11, 2016           **/s/ Joshua I. Goldman, Esquire** _____
                                  Joshua I. Goldman, Esquire
                                  Attorney for Movant
                                  BNY Independence Center
                                  701 Market Street, Suite 5000
                                  Philadelphia, PA 19106-1532
                                  (215) 627-1322
                                  Fax (215) 825-6406