**LOCAL BANKRUPTCY FORM 9019-1**

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 7 |
| RICHARD SEERAM | : | |
| | : | CASE NO. 5-16-bk-03249 |
| **Debtor(s)** | : | |
| FANNIE MAE | : | ADVERSARY NO. __-__-ap-_____ |
| | : | (if applicable) |
| **Plaintiff(s)/Movant(s)** | : | |
| vs. | : | Nature of Proceeding: Stay Relief |
| RICHARD SEERAM | : | Pleading: Answer/Objection to Stay Relief |
| | : | |
| **Defendant(s)/Respondent(s)** | : | Document #: 18 |

**REQUEST TO REMOVE FROM THE HEARING/TRIAL LIST***

CHECK ONE:

[✓] The undersigned hereby withdraws the above identified pleading with the consent of the opposition, if any.

[ ] The undersigned counsel certifies as follows:

(1) A settlement has been reached which will be reduced to writing, executed and filed within (please check only one).
  [ ] Thirty (30) days.
  [ ] Forty-five (45) days.
  [ ] Sixty (60) days.

(2) If a stipulation is not filed or a hearing requested within the above-stated time frame, the Court may dismiss the matter without further notice.

(3) Contemporaneous with the filing of this request, the undersigned has served a copy of this request upon all counsel participating in this proceeding.

Dated: November 8, 2016        /s/ Kim M. Diddio
                               Attorney for Debtor

*No alterations or interlineations of this document are permitted. This request must be filed twenty-four (24) hours prior to the hearing.