```
                      United States Bankruptcy Court
                       Middle District of Pennsylvania
```

In re:                                                          Case No. 16-03249-RNO
Richard Seeram                                                  Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-5           User: CKovach            Page 1 of 1           Date Rcvd: Feb 08, 2017
                               Form ID: fnldec          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 10, 2017.
db             +Richard Seeram,    387 North Courtland Street,    East Stroudsburg, PA 18301-1961

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                              TOTAL: 0

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                              TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 10, 2017                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 8, 2017 at the address(es) listed below:
              Joshua I Goldman    on behalf of Creditor    FANNIE MAE bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Kim M Diddio    on behalf of Debtor Richard  Seeram kdiddio@diddiolaw.com, kdiddio@gmail.com
              Thomas I Puleo    on behalf of Creditor    FANNIE MAE tpuleo@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              United States Trustee    ustpregion03.ha.ecf@usdoj.gov
              William G Schwab (Trustee)    schwab@uslawcenter.com,
               wschwab@iq7technology.com;ecf@uslawcenter.com
                                                                                             TOTAL: 5

fnldec (12/15)

# UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF PENNSYLVANIA

In re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade):

| | |
|---|---|
| Richard Seeram<br>387 North Courtland Street<br>East Stroudsburg, PA 18301 | Chapter 7<br>Case No. 5:16–bk–03249–RNO |

Last four digits of Social–Security, Individual Taxpayer–Identification, Employer Tax–Identification No(s)(if any):
xxx–xx–9186

# FINAL DECREE

The estate of the above named debtor(s) has been fully administered.

**IT IS ORDERED, William G Schwab (Trustee)** is discharged as trustee of the estate of the above–named debtor(s); and the chapter 7 case of the above named debtor(s) is closed.

Dated: February 8, 2017

By the Court,

*Robert N. Opel II* (signature)

Honorable Robert N. Opel
United States Bankruptcy Judge
By: CKovach, Deputy Clerk